UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ELBERT JOHN BENJAMIN RUTHERFORD,

    Plaintiff,

vs.                              CASE NO. 5:07cv221/RS/EMT

UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION and BAY COUNTY
SHERIFF'S OFFICE,

    Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 4). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's claims against Defendants for events that occurred in the years 2000, 2001, and 2002 are **dismissed with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

3. That Plaintiff's remaining claims be **dismissed with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

4.    The clerk is directed to close the file.

**ORDERED** on November 13, 2007.

                                /S/ Richard Smoak
                                **RICHARD SMOAK**
                                **UNITED STATES DISTRICT JUDGE**